FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 04 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM TUCKER**                                      **PLAINTIFF**

VS.                      Case No. 4:19cv 229-SWW

**LEONARD KIRK, Individually and**
**OLD DOMINION FREIGHT LINE, INC.**                     **DEFENDANTS**

## NOTICE OF REMOVAL

TO:    John Houseal, III
         Easley & Houseal, PLLC
         Post Office Box 1115
         Forrest City, Arkansas 72335

This case assigned to District Judge Wright
and to Magistrate Judge Harris

Please take notice that the captioned case filed as Case No. 59CV-19-4 in the Circuit Court of Prairie County, Arkansas has been hereby removed to the United States District Court for the Eastern District of Arkansas, Western Division. Separate Defendant Old Dominion Freight Line, Inc. ("Old Dominion"), file this Notice of Removal and state, as grounds for removal, the following:

1.    This action was commenced by the filing of a Summons and Complaint in the Circuit Court of Prairie County, Arkansas on March 7, 2019, and was assigned case number 59CV-19-4. A copy of the Complaint and all pleadings currently on file with the Prairie County, Arkansas, Circuit Court are attached as Exhibit "A" to the Notice of Removal.

2.    Plaintiff William Tucker has alleged in his Complaint that he is a resident of Horn Lake, DeSoto County, Mississippi. (Exhibit "A," Complaint.)

3.    Defendant Old Dominion is a corporation incorporated in Virginia with its principle place of business in Thomasville, Davidson County, North Carolina.

4. The Defendant named herein as Leonard Kirk is a resident of Mount Carmel, Hawkins County, Tennessee.

5. This is a civil action in which plaintiff seeks compensatory in an amount in excess of that required for federal diversity jurisdiction. (Exhibit "A", Complaint.)

6. Therefore, this action is one over which a federal district court has original jurisdiction because there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, and this case is removable under 28 U.S.C. § 1441(a) under the procedures set forth in 28 U.S.C. § 1446.

7. Upon information and belief, at the time of removal, the Defendant named herein as Leonard Kirk had not been served with Summons and Complaint, and has not otherwise entered an appearance in this matter. Separate Defendant Kirk pleads insufficiency of process pursuant to Fed. R. Civ. P. 12(b)(4).

8. Defendant Old Dominion has given written notice of this removal by filing copies of this Notice of Removal with the Circuit Clerk of Prairie County, Arkansas, and by mailing copies of this Notice of Removal to Plaintiff's attorney.

9. No admission of fact, law or liability is intended by the filing of this notice, and all defenses, motions and pleas are expressly reserved.

WHEREFORE, Defendant Old Dominion Freight Line, Inc. gives notice that this case has been removed from the Circuit Court of Prairie County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Western Division.

Respectfully submitted,

**MUNSON, ROWLETT, MOORE & BOONE, P.A.**
1900 Regions Center
400 W. Capitol Avenue
Little Rock, Arkansas 72201
(501) 374-6535 PH/ (501) 374-5906 FX
Kara.mikles@mrmblaw.com

BY: _____
KARA B. MIKLES, AR BAR #2003088
*Attorney for Defendants*


## CERTIFICATE OF SERVICE

I Kara B. Mikles state that on this 4th day of April, 2019, a true and correct copy of the foregoing pleading was mailed to the following individual(s):

John Houseal, III
Easley & Houseal, PLLC
Post Office Box 1115
Forrest City, Arkansas  72335

_____
KARA B. MIKLES

IN THE CIRCUIT COURT
OF PRAIRIE COUNTY ARKANSAS
SOUTHERN DISTRICT
CIVIL DIVISION

2:55 FILED P.M. O'CLOCK

MAR 0 7 2019

GAYLON HALE
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., SO., DISTRICT
Mary Hopson DC

| | |
|---|---|
| WILLIAM TUCKER )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONARD KIRK, Individually )<br>and OLD DOMINION FREIGHT LINE, INC. )<br>Defendants, ) | No. 59SCV-19-4<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, William Tucker, and files the Complaint against Leonard Kirk, Individually and Old Dominion Freight Line, Inc., and for his cause of action, states as follows:

**PARTIES, JURISDICTION AND VENUE**

1. William Tucker, at the time of the events giving rise to this Complaint, was an adult resident of Horn Lake Mississippi.

2. Defendant, Leonard Kirk, at the time of the incident giving rise to this Complaint, was an adult resident of Mount Carmel, Tennessee and can be served at 806 Sherbrooke Ct. Mount Carmel, Tennessee 37645.

3. Defendant Old Dominion Freight Line, Inc. is a corporation registered in Virginia and doing business in the State of Arkansas. This Court has full jurisdiction of the subject matter and parties to this lawsuit under the provisions of ACA Section 16-13-201, and venue properly lies in this county under the provisions of ACA Section 16-60-112.


EXHIBIT A

4.      Old Dominion Freight Line, Inc., is a foreign for profit corporation, incorporated in the State of Virginia, and registered with the Arkansas Secretary of State. It may be served with process by serving its registered agent C T Corporation Systems at 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas.

5.      This Complaint arises from an automobile collision that occurred on Interstate 40 on March 13, 2016.

## FACTS

6.      The Plaintiff was traveling westbound on I-40 the evening of March 13, 2016, at approximately 7:15 p.m. He was driving a 2014 Freightliner Diesel Truck. It had been raining and traffic on the interstate had slowed and come to a stop. The Plaintiff had slowed his vehicle consistent with the westbound traffic.

7.      The Defendant, Kirk Leonard, was driving a 2014 Freightliner Diesel Truck, westbound and behind the vehicle driven by the Plaintiff.

8.      Defendant Kirk failed to slow or stop his vehicle in accordance with westbound traffic. The Defendant's negligent actions resulted in his Freightliner striking the rear of the Plaintiff's vehicle. Plaintiff received injuries as a result of the collision, further described below.

## CAUSES OF ACTION

9.      The Defendant, Kirk Leonard, was guilty of the following acts of common law negligence, each one of which was a direct and proximate cause of the injuries received by the Plaintiff:

   (a)   Driving too fast for the conditions existing on the day, at the time and location of the accident;
   (b)   Failing to maintain a proper lookout;
   (c)   Failing to maintain proper control of his vehicle;

(d) Failing to proceed cautiously when the risk of proceeding under the circumstances was known;
(e) Failing to act as a reasonable and prudent person would under the circumstances existing; and
(f) Following too closely and failing to honor a forward vehicle with the right of way

10. Defendant, Leonard Kirk, is guilty of violating the following statutes of the state of Arkansas which were in full force and effect at the time of the accident; each one of which was passed to protect a class of persons including the Plaintiff, said violations constituting negligence *per se*:

(a) Arkansas Code § 27-51-104 Careless and prohibited driving;
(b) Arkansas Code § 27-51-201 Limitations generally; and
(c) Arkansas Code § 27-51-305 Following too closely

11. Each one of the above acts of negligence was the cause in fact and proximate cause of the injuries and damages suffered by the Plaintiff. In addition, Defendant Kirk was acting within the scope and course of his employment with Defendant Old Dominion Freight, Inc., therefore, his negligent actions are imputed to Old Dominion Freight under the doctrine of respondent superior.

## DAMAGES

12. The Defendant's negligence resulted in a collision with the rear of the Plaintiff's vehicle. The Plaintiff suffered numerous injuries, including injury to his neck, shoulder and back. As a direct and proximate result of each act of negligence and violation of Arkansas statute described of above, Plaintiff suffered damages as set forth below:

(a) Physical pain and suffering, both past, present and future;
(b) Emotional pain and suffering, both past, present and future;
(c) Permanent injury;
(d) Medical expenses, both past and future;
(e) Lost earnings and lost earning capacity;
(f) Lost wages past and future and property damage to the tractor belonging to the Plaintiff; and

3

(g) All other damages available to him under the law caused by the collision described herein.

## VI. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

1. For process to issue, requiring these Defendant to answer;

2. For a jury to be impaneled to try the disputed issues of fact;

3. For a judgment for compensatory damages to compensate him for his injuries and damages for an amount to be determined by the jury in excess of that required for diversity jurisdiction in Federal Court; and

4. For any further and general relief to which the Plaintiff may be entitled.

PLAINTIFF DEMANDS A JURY TO TRY THE DISPUTED ISSUES OF FACT.

Respectfully submitted,

EASLEY & HOUSEAL, PLLC

John Houseal, III (AR 03207)
Post Office Box 1115
Forrest City, Arkansas 72335
P: (870) 633-1447
F: (870) 633-1687
E-Mail: john@ehtriallawyers.com

4

IN THE CIRCUIT COURT OF PRAIRIE COUNTY ARKANSAS
SOUTHERN DISTRICT
CIVIL DIVISION

8:20 FILED A.M. O'CLOCK
MAR 2 5 2019
GAYLON HALE
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., SO. DISTRICT

| | |
|---|---|
| WILLIAM TUCKER<br>Plaintiff, | )<br>) |
| v. | ) No. 595CV-19-4<br>)<br>) JURY TRIAL DEMANDED |
| LEONARD KIRK, Individually<br>and OLD DOMINION FREIGHT LINE, INC.<br>Defendants, | )<br>)<br>) |

### AFFIDAVIT OF SERVICE

STATE OF ARKANSAS   )
                    )
COUNTY OF CROSS     )

On this day personally appeared before the undersigned notary public, duly qualified, commissioned, and acting within and for the county and state aforesaid, and by law authorized to administer oaths, John I. Houseal, III, to me well known, and after being duly sworn, deposes and says:

I am the attorney for the Plaintiff in this cause of action. On March 8, 2019 I did mail to Defendant Old Dominion Freight Lines Registered Agent CT Corporation Systems at their address at 124 West Capitol Avenue Suite 1900, Little Rock, Arkansas 72201 a copy of the Summons and Complaint at Law in this cause of action. Such mailing was by United States certified mail, return receipt requested, with postage thereon prepaid.

The receipt or "green card" for such mailing, showing delivery thereof on March 12, 2019 was returned to me, stamped by CT Corporation.

Such green card or receipt is attached hereto, marked Exhibit "A" and incorporated herein by reference.

JOHN I. HOUSEAL, III

SUBSCRIBED and sworn to before me this ____ day of March 2019.

My commission expires:
8/20/2024                                    _____
                                             NOTARY PUBLIC

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) CT CORPORATION   C. Date of Delivery MAR 1 2 2019 |
| 1. Article Addressed to:<br>CT CORPORATION Systems<br>·Old Dominion Freight Lines<br>124 W. Capitol Ave. Ste. 1900<br>Little Rock, AR 72201<br><br>9590 9402 1760 6074 9422 91 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>MAR 13 2019 |
| 2. Article Number (Transfer from service label)<br>7011 3500 0002 1654 1824 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



EXHIBIT A