2:55 FILED P.M. O'CLOCK

MAR 0 7 2019

GAYLON HALE
CIRCUIT AND COUNTY CLERK
PRAIRIE CO., SO. DISTRICT
Mary Hopson DC

IN THE CIRCUIT COURT
OF PRAIRIE COUNTY ARKANSAS
SOUTHERN DISTRICT
CIVIL DIVISION

WILLIAM TUCKER )
    Plaintiff, )
     ) No. 59SCV-19-4
v. )
     ) JURY TRIAL DEMANDED
LEONARD KIRK, Individually )
and OLD DOMINION FREIGHT LINE, INC. )
    Defendants, )

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, William Tucker, and files the Complaint against Leonard Kirk, Individually and Old Dominion Freight Line, Inc., and for his cause of action, states as follows:

**PARTIES, JURISDICTION AND VENUE**

1. William Tucker, at the time of the events giving rise to this Complaint, was an adult resident of Horn Lake Mississippi.

2. Defendant, Leonard Kirk, at the time of the incident giving rise to this Complaint, was an adult resident of Mount Carmel, Tennessee and can be served at 806 Sherbrooke Ct. Mount Carmel, Tennessee 37645.

3. Defendant Old Dominion Freight Line, Inc. is a corporation registered in Virginia and doing business in the State of Arkansas. This Court has full jurisdiction of the subject matter and parties to this lawsuit under the provisions of ACA Section 16-13-201, and venue properly lies in this county under the provisions of ACA Section 16-60-112.



EXHIBIT A

4. Old Dominion Freight Line, Inc., is a foreign for profit corporation, incorporated in the State of Virginia, and registered with the Arkansas Secretary of State. It may be served with process by serving its registered agent C T Corporation Systems at 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas.

5. This Complaint arises from an automobile collision that occurred on Interstate 40 on March 13, 2016.

## FACTS

6. The Plaintiff was traveling westbound on I-40 the evening of March 13, 2016, at approximately 7:15 p.m. He was driving a 2014 Freightliner Diesel Truck. It had been raining and traffic on the interstate had slowed and come to a stop. The Plaintiff had slowed his vehicle consistent with the westbound traffic.

7. The Defendant, Kirk Leonard, was driving a 2014 Freightliner Diesel Truck, westbound and behind the vehicle driven by the Plaintiff.

8. Defendant Kirk failed to slow or stop his vehicle in accordance with westbound traffic. The Defendant's negligent actions resulted in his Freightliner striking the rear of the Plaintiff's vehicle. Plaintiff received injuries as a result of the collision, further described below.

## CAUSES OF ACTION

9. The Defendant, Kirk Leonard, was guilty of the following acts of common law negligence, each one of which was a direct and proximate cause of the injuries received by the Plaintiff:

(a) Driving too fast for the conditions existing on the day, at the time and location of the accident;
(b) Failing to maintain a proper lookout;
(c) Failing to maintain proper control of his vehicle;

2

    (d)    Failing to proceed cautiously when the risk of proceeding under the circumstances was known;
    (e)    Failing to act as a reasonable and prudent person would under the circumstances existing; and
    (f)    Following too closely and failing to honor a forward vehicle with the right of way

10.    Defendant, Leonard Kirk, is guilty of violating the following statutes of the state of Arkansas which were in full force and effect at the time of the accident; each one of which was passed to protect a class of persons including the Plaintiff, said violations constituting negligence *per se*:

    (a)    Arkansas Code § 27-51-104 Careless and prohibited driving;
    (b)    Arkansas Code § 27-51-201 Limitations generally; and
    (c)    Arkansas Code § 27-51-305 Following too closely

11.    Each one of the above acts of negligence was the cause in fact and proximate cause of the injuries and damages suffered by the Plaintiff. In addition, Defendant Kirk was acting within the scope and course of his employment with Defendant Old Dominion Freight, Inc., therefore, his negligent actions are imputed to Old Dominion Freight under the doctrine of respondent superior.

## DAMAGES

12.    The Defendant's negligence resulted in a collision with the rear of the Plaintiff's vehicle. The Plaintiff suffered numerous injuries, including injury to his neck, shoulder and back. As a direct and proximate result of each act of negligence and violation of Arkansas statute described of above, Plaintiff suffered damages as set forth below:

    (a)    Physical pain and suffering, both past, present and future;
    (b)    Emotional pain and suffering, both past, present and future;
    (c)    Permanent injury;
    (d)    Medical expenses, both past and future;
    (e)    Lost earnings and lost earning capacity;
    (f)    Lost wages past and future and property damage to the tractor belonging to the Plaintiff; and

(g)  All other damages available to him under the law caused by the collision described herein.

## VI. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

1. For process to issue, requiring these Defendant to answer;

2. For a jury to be impaneled to try the disputed issues of fact;

3. For a judgment for compensatory damages to compensate him for his injuries and damages for an amount to be determined by the jury in excess of that required for diversity jurisdiction in Federal Court; and

4. For any further and general relief to which the Plaintiff may be entitled.

PLAINTIFF DEMANDS A JURY TO TRY THE DISPUTED ISSUES OF FACT.

Respectfully submitted,

EASLEY & HOUSEAL, PLLC

_____
John Houseal, III (AR 03207)
Post Office Box 1115
Forrest City, Arkansas 72335
P: (870) 633-1447
F: (870) 633-1687
E-Mail: john@ehtriallawyers.com

4