IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RENEE GARY**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:19-CV-00229-BSM**

**LEONARD KIRK,** *et al.*                                                               **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss [Doc. No. 31] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE