IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RENEE GARY**  **PLAINTIFF**

v.  **CASE NO. 4:19-CV-00229-BSM**

**LEONARD KIRK,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE